**688**

UNITED STATES of America,
Plaintiff-Appellee,

v.

Andrew Charles JACKSON, a/k/a William Benbow, a/k/a Ricky Antonio Bady, Sway, Defendant-Appellant

United States of America,
Plaintiff-Appellee,

v.

Andrew Charles Jackson, a/k/a William Benbow, a/k/a Ricky Antonio Bady, a/k/a Sway, Defendant - Appellant.

No. 17-6220, No. 17-6221

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2017

Decided: June 27, 2017

Andrew Charles Jackson, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Andrew Charles Jackson appeals the district court's orders denying his motions to reduce sentence, 18 U.S.C. § 3582(c) (2012).

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jackson*, Nos. 3:00-cr-00046-JPB-RWT-1; 3:00-cr-00006-JPB-RWT-1, 2017 WL 662115 (N.D.W. Va. Feb. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*